## Commonwealth v. Wiggins, Appellant.

Argued September 13, 1967. *James J. Orlow,* for appellant; *Welsh S.*

*White,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY and HOFFMAN, JJ., would reverse and remand for a rehearing.